# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/08/2016 |
| Case: 1−16−43885−nhl | Form ID: 318DI7 | Total: 42 |

**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones          ljones@jonespllc.com
aty         Howard S Warner           hwarner360@aol.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Regina Dudley          591 East 91st Street(BSMT)          Brooklyn, NY 11236
jdb         Jason D. McLeod        591 East 91st Street(BSMT)          Brooklyn, NY 11236
smg         NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg         NYC Department of Finance       345 Adams Street       Office of Legal Affairs       Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg         Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
8863927     BARCLAYS BANK DELAWARE          POB 8803          WILMINGTON,DE 19899
8863924     CAP ONE          26525 N RIVERWOODS BLVD          METTAWA,IL 60045
8863942     CAPITAL ONE BANK          15000 CAPITAL ONE DR          RICHMOND,VA 23238
8863933     CAPITAL ONE BANK USA          15000 CAPITAL ONE DR          RICHMOND , VA 23238
8863944     CBNA          1000 TECHNOLOGY DR          O FALLON,MO 63368
8863925     CBNA          50 NW POINT RD          ELK GROVE,IL 60007
8863945     CBNA          POB 6283          SIOUX FALLS,SD 57117
8863917     CHASE AUTO          POB 901003          FT WORTH,TX 76101
8863950     CHASE AUTO FINANCE          POB 78101          PHOENIX,AZ 85062
8863918     CHASE CARD          POB 15298          WILMINGTON,DE 19850
8863928     CHASE CARD          POB 15298          WILMINGTON,DE 19850
8863919     CITI CARD          POB 6241          SIOUX FALLS , SD 57117
8863929     COMENITY BANK/NWYRK&CO          220 W SCHROCK RD          WESTERVILLE,OH 43081
8863930     COMENITY/CAPITAL/MODELL          3100 EASTON SQUARE PL          COLUMBUS,OH 43219
8863931     DISCOVER FIN SVCS LLC          POB 15316          WILMINGTON,DE 19850
8863948     IRS SPECIAL PROCEDURES FUNCTION          10 METROTECH CENTER          BROOKLYN,NY 11201
8863920     MCYDSBN          9111 DUKE BLVD          MASON,OH 45040
8863946     METROPOLITAN SURGICAL INST,LLC          540 BORDERTOWN AVE          SOUTH AMBOY,NJ 08879
8863932     NORDSTROM/TD          13531 E CALEY AVE          ENGLEWOOD,CO 80111
8863947     NYS DEPT OF TAX & FIN          POB 5300          ALBANY,NY 12205
8863934     SALLIE MAE          300 CONTINENTAL DR          NEWARK, DE 19713
8863935     SYNCB/AMAZON          POB 965015          ORLANDO,FL 32896
8863936     SYNCB/CARE CREDIT          950 FORRER BLVD          KETTERING,OH 45420
8863937     SYNCB/JCP          POB 965007          ORLANDO,FL 32896
8863938     SYNCB/LOWES          POB 965005          ORLANDO,FL 32896
8863921     SYNCB/LOWES          POX 965005          ORLANDO,FL 32896
8863939     SYNCB/MENS WAREHOUSE          POB 965005          ORLANDO,FL 32896
8863922     SYNCB/OLDNAVYDC          POB 965005          ORLANDO, FL 32896
8863940     SYNCB/OLDNAVYDC          POB 965005          ORLANDO,FL 32896
8863941     SYNCB/PC RICHARD          POB 965036          ORLANDO,FL 32896
8863943     SYNCB/WALMART          POB 965024          ORLANDO,FL 32896
8863923     TD BANK USA/TARGETCRED          POB 673          MINNEAPOLIS,MN 55440
8863926     TNB−TARGET          POB 673          MINNEAPOLIS,MN 55440
8863949     UNIVERSITY HOSPITAL OF BROOKYLN          G.P.O. BOX 29833          NEW YORK, NY 10087

                                                                                TOTAL: 40