Winston & Winston, P.C.
*Attorneys for JPMorgan Chase Bank, N.A., (Secured Creditor)*
750 Third Avenu, Suite 978
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re:<br><br>REGINA DUDLEY and<br>JASON D. MCLEOD<br><br>Debtors. | **NOTICE**<br>**OF MOTION FOR**<br>**RELIEF FROM**<br>**AUTOMATIC STAY**<br>**PURSUANT TO**<br>**11 U.S.C. SECTION 362**<br><br>Case No. 1-16-43885-NHL<br>(Chapter 7) |

---

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** upon the annexed Motion for Relief including all the papers and exhibits and upon all the papers filed in this case JPMorgan Chase Bank, N.A., (hereinafter "Movant"), pursuant to Federal Rules of Bankruptcy Procedure 4001(a) and 9014, will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201, Courtroom 2529 on on April 4, 2017 at 2:30 PM or as soon thereafter as counsel may be heard, for entry of an order granting relief from the Automatic Stay pursuant to 11 U.S.C. § 362 with regard to a 2010 Nissan Maxima (VIN: 1N4AA5AP7AC849378) and waiver of the requirement of F.R.B.P. Rule 4001 that requires that the Order Granting Relief from the Automatic Stay be effective fourteen days from the date of entry of said Order, and for other and further relief that this Court deemds just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Order, must (i) be made in writing, (ii) state with particularity the grounds therefore, (iii) be filed with the Bankruptcy Court (with a copy to the Judge's chambers), and (iv) be served upon (a) the undersigned, Aleksander Powietrzynski, Esq. attorney for JPMorgan Chase Bank, N.A., at Winston & Winston, P.C., 750 Third Avenue, Suite 978, New York, NY 10017 (b) counsels to Debtors REGINA DUDLEY and JASON D. MCLEOD, Howard S Warner, 29-23 200 Street #2, Bayside, NY 11360, (c) the United States Trustee for the Eastern District of New York, US Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, and (d) the Trustee, Lori Lapin Jones PLLC, Lori Lapin Jones, 98 Cutter Mill Road, Suite 201 North, Great Neck, NY 11021 together with proof of service thereof, so as to be received no later than March 28, 2017 seven (7) days before the return date and filed with the Court together with proof of service thereof at least one (1) day before the return date, in accordance with the Local Rules of Bankruptcy Procedure for the Southern and Eastern Districts of New York.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely received and filed, the Motion may be granted without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice other than by announcement of the adjourned date in open court or by posting such adjourned date on the Court's calendar on or about the aforementioned date.

Date:   February 16, 2017
        New York, NY

File #: JPB 362

Aleksander Powietrzynski
Winston & Winston, P.C.
750 Third Avenu, Suite 978
New York, NY 10017
Tel.: (212) 532-2700
Fax: (212) 922-9484
Email: Alex@winstonandwinston.com