```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                          Case No. 16-43885-nhl
Regina Dudley                                                   Chapter 7
Jason D. McLeod
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0207-1            User: dcarter-e              Page 1 of 1                  Date Rcvd: Mar 26, 2019
                                Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9144244        +E-mail/Text: bncmail@w-legal.com Mar 26 2019 18:39:51      COMENITY CAPITAL BANK,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Howard S Warner    on behalf of Joint Debtor Jason D. McLeod hwarner360@aol.com
              Howard S Warner    on behalf of Debtor Regina  Dudley hwarner360@aol.com
              Lori Lapin Jones     ljones@jonespllc.com,    lljones@ecf.epiqsystems.com;N265@ecfcbis.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

| | | |
|---|---|---|
| IN RE: | | CASE NO: 1-16-43885-nhl |
| Regina Dudley<br>591 East 91st Street(BSMT)<br>Brooklyn NY 11236 | Jason D. McLeod<br>591 East 91st Street(BSMT)<br>Brooklyn NY 11236 | CHAPTER: 7 |
| SSN/TAX ID: | | |
| | DEBTOR(s) | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/21/2019.

Name and Address of Alleged Transferor(s):

Claim No. 9: COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/28/19

Robert A. Gavin, Jr.
**CLERK OF THE COURT**

[Notice of Trans of Claim rev. 12/01/15]